UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 04244
    CHARLES RAINER JR
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-3969

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
        The case was filed on 04/17/2006 and was confirmed 07/10/2006.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

        The case was dismissed after confirmation 08/27/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS I | MORTGAGE ARRE | 11273.31 | .00 | 594.23 |
| COUNTRYWIDE HOME LOANS I | CURRENT MORTG | .00 | .00 | .00 |
| FISHER & SHAPIRO | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1256.50 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1727.53 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 2651.49 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2268.71 | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 211.84 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 271.68 | .00 | .00 |
| SWISS COLONY | UNSECURED | NOT FILED | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST VERIZON WIRELESS | UNSECURED | 855.00 | .00 | .00 |
| LORRAINE GREENBERG & ASS | REIMBURSEMENT | 54.00 | .00 | 54.00 |
| LORRAINE GREENBERG & ASS | DEBTOR ATTY | 3,000.00 | | 3,000.00 |
| TOM VAUGHN | TRUSTEE | | | 176.77 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 3,825.00 | |
| PRIORITY | | 54.00 |
| SECURED | | 594.23 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 3,000.00 |
| TRUSTEE COMPENSATION | | 176.77 |

                        PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 04244 CHARLES RAINER JR

```
DEBTOR REFUND                                                        .00
                         ----------------        ----------------
TOTALS                          3,825.00                3,825.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/03/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE